■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP ORAMA, Also Known as GILBERT ORAMA, Appellant. [696 NYS2d 810] —Judgment, Supreme Court, New York County (Daniel FitzGerald, J.), rendered February 9, 1996, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 15 years to life, unanimously affirmed.

Defendant's challenges to the People's summation are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would find the challenged remarks to be based on the evidence and responsive to the defense summation (*see, People v Overlee*, 236 AD2d 133, *lv denied* 91 NY2d 976).

We perceive no abuse of sentencing discretion. Concur—Sullivan, J. P., Nardelli, Williams, Mazzarelli and Andrias, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALI GONZALEZ, Appellant. [696 NYS2d 152] —Judgment, Supreme Court, Bronx County (Phylis Skloot Bamberger, J.), rendered November 14, 1997, convicting defendant, upon his plea of guilty, of robbery in the second degree, and sentencing him to a term of 3 to 6 years, unanimously affirmed.

The court properly exercised its discretion in denying defendant youthful offender treatment based on his failure to satisfy certain conditions set at the plea proceeding, including the conditions of not being rearrested and of completing an assigned rehabilitation program. We perceive no abuse of sentencing discretion. Concur—Sullivan, J. P., Nardelli, Williams, Mazzarelli and Andrias, JJ.